07, 725-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 06 2015

Abel Acosta, Clerk

Mr Acosta.

This letter Explains my Writ

for Case 7493-A From Mitchell

County. Colorado City TX 79512

Every word is True & Can be

Proven in a Court Room

Thank you

Shawn J Keen

I can Prove there Never was
a Crime Committed. This Hole
Case is nothing more Then lies
and given Under Oath Several Counts
of Purjury. If you Do Not Have
The Disc That Holds The Truth &
Conversation All The Purjury was Done
over Please Please Contact my Sister
& Conpair them the The Statments That
got The illegal Indictment For this Case 7493-A

To whom it may concern;

On 1-22-2014, I was arrested for two misdemeanors that never happened. Six days later, I was charged with the felony offense Tampering with a Witness. The remarks made at the end of the phone call were made because of the truth. My girlfriend who filed the first charge on 11-13-2013 was drunk when she lied. 4½ months later on May 16, 2014, I was indicted. The Indictment reads 25-99-tift. My court appointed attorney, Kenneth Leggtt from Abilene, Texas acted as a co-conspirator and used scared tactics to get me to sign for time. (It worked!) On 9-11-2014, I signed for 11 years a innocent man and because the indictment scared me. I knew I didn't break the law but I was still indicted. One week later, Kenneth Leggtt's secretary accidently mailed me all of the paper worked to this case and that's when the truth was revealed. That same week, Ken Leggtt mailed my sister all of the disc that came from the County Jail telephone. Detective Kelsey Alexander, with the Colorado City Police Dept., under oath committed several counts of purjury in front of Rick Crissam. The first Precint Justice of the Peace, who also acted as a co-conspirator for the highly illegal and unjustifiable indictment for the offense Tampering with the Witness.

On May 16, 2014, these statements of purjury were submitted to the Grand Jury in Colorada City, Texas in the County of Mitchell.

This conspiracy has seven active partiscipant.

Patrick Toombs, County Sheriff.

Billy Sides, Detective for the 32nd District D.A. offices.

Ronnie Stilles, Detective for the 32nd District D.A. offices.

Kelsey Alexandar, Detective for the Colorado city Police Dept.

Rick Grissam, The first Pricint Justice of the Peace.

Kenneth Leggtt, Court appointed attorney.

These statements were also back dated. They had to be because if they actually would have happened in February 2014, this case would of went to the Grand Jury before the month of May. I am seeking a higher athority of Law or an attorney to contact my sister who holds all the evidents to all of this information and accusations. When the dics is viewed and listened to then the statements are read from Kelsey Alexandar, you will clearly see and hear, I Sharon Keen, did not committ the offense Tampering of the Witness. You will clearly see that Kelsey Alexandar did committ the offense Purjury several times. Please contact my sister for all of the envidence and information

to this great miscarriage of justice and this false imprisonment that I am now serving.

Nina Keen
2122 Diamond Oaks
Garland, Texas 75044
(972) 835~9230
Email: Ninakeen60@gmail.com

What shall we think of an official, who is standing at the head of affairs in her state, placed there by her people to keep pure her laws and preserve her skirts from stain and her name from reproach, and yet who, while occupying this position, proves herself such a moral leper as to commit this evil as to perpetrate this heretofore unheard of crime? Who is safe? What applies to one applies to all.

Shawn Keen

#01956671